UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JULIA JONES                                           08 0 CV - 4990 (RWS)

          Plaintiff,                          **FEDERAL RULE 7.1
                                                      STATEMENT**

   v.

CREDIT BUREAU COLLECTION SERVICES, INC.
S/H/A CBCS, VERIZON COMMUNICATIONS

          Defendants.
----------------------------------------x

    Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Credit Bureau Collection Services, Inc. s/h/a CBCS ("CBCS") certifies that it is a wholly owned subsidiary of CBC Companies, Inc., a closely held corporation. Neither the shares of CBCS nor CBC Companies, Inc are publicly treated or owned by any entity that is publicly traded.

DATED: June 2, 2008
       New York, New York

                                 Yours, etc.

                                 HOEY, KING, TOKER & EPSTEIN
                                 Attorneys for **Defendant**
                                 **Credit Bureau Collection
                                 Services, Inc. s/h/a CBCS**
                                 Office and Post Office Address
                                 55 Water Street, 29th Floor
                                 New York, New York 10041-2899
                                 (212) 612-4200

                               By: _____
                                 David Kasdan (DSK - 5589)

To:

Julia Jones
Plaintiff Pro Se
441 Convent Avenue-1st Floor
New York, New York 10031

Verizon Communications
Defendant
140 West Street
New York, New York 10007