CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
JULIA JONES,

                Plaintiff,

    -against-

CBCS
VERIZON COMMUNICATIONS, INC.,

                Defendant.
-------------------------------------------------------------X

Index No. 024149 CVN 2008

**ENDORSED ANSWER**

Defendant, VERIZON NEW YORK INC., sued here incorrectly as VERIZON COMMUNICATIONS, INC. ["Verizon"], by its attorneys, LEDY-GURREN BASS & SIFF, L.L.P., as and for its Endorsed Answer to plaintiff's Endorsed Complaint, respectfully alleges as follows, upon information and belief:

1. Denies each and every allegation contained in the endorsed complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

2. Plaintiff's endorsed complaint fails to state a cognizable claim upon which relief can be granted.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

3. Plaintiff has no private right of action against defendant under the Fair Credit Reporting Act.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

4. Plaintiff fails to state a cognizable claim under the Fair Credit Reporting Act.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

5. Plaintiff cannot establish damages.

WHEREFORE, the answering defendant, VERIZON NEW YORK INC., sued here incorrectly as VERIZON COMMUNICATIONS, INC., demands judgment dismissing the complaint of the plaintiff against defendant together with costs and disbursements.

Dated: May 5, 2008
      New York, New York

                           Yours, etc.

                           LEDY-GURREN BASS & SIFF, L.L.P.

By: _____
     EDWARD J. GORMAN
     Attorneys for Defendant
     VERIZON NEW YORK INC., s/h/a
     VERIZON COMMUNICATIONS, INC
     475 Park Avenue South, 27th Floor
     New York, New York 10016
     (212) 447-1111

To:   JULIA JONES, *Plaintiff Pro Se*
       441 Convent Avenue, Apt. 1F
       New York, New York 10031